Demond of the Family Whitehead
901 Hidden Valley Dr. Apt. 14101, Round Rock Texas
Zip Code Exempt, (Domestic Mail Service Regulations 122.32)
Non-Domestic, Real Land North America
Injured Party

VS.

42 U.S.C. §654(3) CHILD SUPPORT DIVISION, P.O. Box 12017 Austin, Texas 78711-2017;

WILLIAMSON COUNTY TEXAS, 405 M.L.K., Suite 229 Georgetown, Texas 78626
WRONGDOERS



FILED
2018 MAR 15 PM 2:41
A18CV0228RP
CASE #

Complaint Brought Under
18 U.S.C. §241 Conspiracy Against Rights, and 42 U.S.C. §1983 Deprivation of Rights Under Color of Law

## COMPLAINT

COMES NOW, Demond of the Family Whitehead who moves the Court for entry of judgment in his favor because 2 Persons deliberately and with premeditation deprived him of his inherent, indefeasible rights, privileges and immunities secured by the Constitution, and are be liable to him in this suit within the meaning of 42 U.S.C. §1983.

This court takes notice that this is not a complaint about supporting his offspring, it is a complaint based on facial evidence that 2 Persons under color of IV-D deprived Whitehead of his inherent and indefeasible rights, privileges, and immunities secured by the Constitution and laws.

## PROPERTY INTEREST

1. "Property and *income* which Whitehead honestly acquires, he retains full control of, he did not use it to his neighbor's injury, he did not *devote* it to the CSD's or Williamson County's use, and he did not grant them the right to control that use so that whenever their needs require, they may take it upon payment of due compensation". *Budd v. People of State of New York*, 143 U.S. 517.

## JURISDICTION

2. Under U.S. Constitution and 42 U.S.C. §1983 and §1988, as amended this Court has jurisdiction in this matter pursuant to 28 U.S.C. §1331 and §1332.

Whitehead invokes, *federal* jurisdiction as subject-matter jurisdiction of this Court to decide this cause of action, the deprivation of his rights, immunities and privileges guaranteed by the Constitution and federal laws arose from provisions and statutes of federal contracts voluntarily *adopted* by the CSD as a condition of receiving federal funds.

## EQUAL PROTECTION OF THE LAWS

3. Pursuant to Sec. 460 of the Social Security Act the district courts of the United States shall have jurisdiction, *without regard to any amount in controversy*, to hear and determine any civil action certified by the Secretary of HHS under section 452(a)(8) of the act. A civil action under section 460 may be brought in any judicial district in which the claim arose, the plaintiff resides, or the defendant resides.

4. Therefore, equality before the law is paramount in the eyes of the law. Whitehead must be treated equally by the law (principle of *isonomy*) and that the CSD and Williamson County are subject to the same laws of justice (due process). Therefore, the law 14th Amendment guarantees that Whitehead shall not be denied equal protection of the Laws.

## DENIAL OF DUE PROCESS AS REQUIRED

5. Pursuant to P.L. 103-66, the Omnibus Budget Reconciliation Act of 1993, must afford *due process* safeguards, and 45 CFR §303.101(c)(2), the *due process rights* of the parties involved *must* be protected, and Sec. 466. 42 U.S.C. §666 (a)(3)(A) the CSD must be in full compliance with all *procedural due process* requirements.

6. 42 U.S.C. §666 (a)(5)(C)(i) procedural due process was required by the 2 Persons before paternity establishment, *voluntarily,* through marriage or DNA, Whitehead was not given adequate legal notice orally, or with video or audio equipment, and in writing, of the *legal consequences* which now befall him as a result of having offspring before he deprived of inherent indefeasible rights,

2

privileges and immunities secured by the constitution and law. This created an undesirable and unfair situation.

7. WHEREFORE, Whitehead was deprived of life, liberty and property without due process of law!

## THE PARTIES

8. **Injured Party**: Demond of the Family Whitehead a *man,* the adult male of the *hu-man species* above the age of puberty. Black's Law Rev. 4th Ed. Pg. 1112., created by the Creators of the universe, Genesis 1;26, (see Preamble), born equal, free, and independent, *not subject to"* the *"legal"* constraint of another, unconstrained having power to follow the dictates of his own free will. Black's Law 4th Rev. Ed. Pg.791., *"not subject to"* control, *restriction, modification* or *limitation* from a given *outside source.* Black's Law 4th Rev. Ed. Pg. 911., deprived of certain inalienable rights, among which are those of enjoying and defending life and liberty, acquiring, possessing, and protecting property, and seeking and obtaining happiness and safety.

9. Within the meaning of 42 U.S.C. §2000e (a) the term "person" includes one or more individuals, governments, governmental agencies, political subdivisions, labor unions, partnerships, associations, corporations, legal representatives, mutual companies, joint-stock companies, trusts, unincorporated organizations, trustees, trustees.

10. **Person 1**: The 42 U.S.C. §654(3) single and separate unit Child Support Division, umbrella agency in the Executive Branch, under a 31 U.S.C. §6305 contractual *partnership* with the Federal OCSE, and *employer* to agency 45 CFR §302.34 IV-D *contractors* within Williamson County to sell IV-D services as a condition of receiving federal profits subject to 42 U.S.C. §1983, always relevant to this complaint.

11. **Person 2**: Williamson County, a municipal *corporation*, within the meaning of 45 CFR §302.34, incorporated March 14, 1848, is organized under the laws of TX, subject to 42 U.S.C. §1983, always relevant to this complaint. Under contract to sell IV-D services and *perform administrative duties* of the 42 U.S.C. §654(3) that pertain to IV-D in return for payment therefrom.

12. The 2 Persons did go in disguise on the internet super highway, with intent to prevent and hinder Whitehead's free exercise and enjoyment of his rights, privileges and immunities so secured.

13. The 2 Persons did conspire and subject and caused Whitehead to be liable, subordinate, subservient, inferior, obedient to the following IV-D enforcement remedies under color of 42 U.S.C. Public Welfare, and Regulations Relating to Public Welfare, Title 45 CFR Subtitle B Chapter III against his will and without his consent to;

- Wage withholding,
- Liens on property;
- Offset of unemployment compensation payments;
- Seizure and sale of personal or real property;
- Reporting arrearages to credit agencies to prevent the undeserved extension of credit;
- Seizure of State and Federal income tax refunds; revocation of various types of licenses (driver's, business, occupational, recreational);
- Attachment of lottery winnings and insurance settlements of debtor parents; requirement that recipients of financial assistance from the Small Business Administration, including direct loans and loan guarantees, must certify that the recipient is not more than 60 days delinquent in the payment of child support;
- Authority to seize assets held by public or private retirement funds and financial institutions;
- Deprivation of a debtor to a fresh start to discharge a debt completely, pay a percentage of the debt, or pay the full amount of the debt over a longer period of time because debts for child support and alimony are not dischargeable;
- And State or Federal imprisonment, fines or both.

14. Whitehead was also subjected to High-Volume Automated Administrative Systems, Proactive Matching, Federal Parent Locator Service, State Parent Locator Service, National Directory of New Hires, State Directory of New Hires, New Hire Reporting, Multistate Financial Institution Data Match, Uniform Interstate Family Support Act against his will and without his consent.

15. The above IV-D enforcement activities arose by *operation of law,* the manner of which liabilities developed upon Whitehead by mere application of 42 U.S.C. Public Welfare, and Regulations Relating to Public Welfare, Title 45 CFR Subtitle B Chapter III without his consent. As such, he was hunted and subjected to the same offense, and more than twice put in jeopardy of life or limb.

16. In seeking redress within the meaning of §1983, Whitehead asserts and proves the violation and deprivation of the following rights of free action *inherent*

and enjoyed by him as recognized by *positive law*. However, he was induced to *succeed* to the status of non-custodial parent by the 2 Persons which resulted in him being,

> deprived of his status of man by conspiracy and operation of law
> denied due process by conspiracy
> deprived of his right to be free by conspiracy
> deprived of his right to equal protection of the law by conspiracy
> deprived of his right to be independent by conspiracy
> deprived of enjoying his life by conspiracy and operation of law
> deprived of defending his life by conspiracy and operation of law
> deprived of defending his liberty, conspiracy and by operation of law
> deprived of his right to acquire possessions by conspiracy and operation of law
> deprived of his right to protect his property, by operation of law
> deprived of seeking, obtaining his happiness by conspiracy and operation of law
> deprived of seeking and obtaining safety by conspiracy and operation of law
> deprived of seeking and obtaining privacy by conspiracy and operation of law
> deprived of his privilege against self-incrimination by conspiracy
> deprived of his right against a bill of attainder by conspiracy
> deprived of his right against involuntary servitude by operation of law
> deprived of his right to a trial by jury by conspiracy and operation of law
> deprived of his right of no imprisonment for any debt by conspiracy and operation of law
> deprived of this right to not associate by conspiracy

17. After Whitehead was fraudulently induced to *succeed* to the status of non-custodial parent and as such his inherent indefeasible rights, privileges and immunities secured were defeated and made void, and he was then *assigned* the following rights from the 2 Persons which are not secured under the Constitution, and this created an undesirable and unfair situation.

- The right to have genetic testing performed if legal paternity has not been established.
- The right to have paternity established.
- The right to Be notified of any formal action being taken on their case.
- The right to Confidentiality of all information about his case.
- The right to Request a modification review of your support order (Administrative Review).
- The right to Request a hearing.
- The right to Request a child support payment history or other information that pertains to him from the Agency.
- The right to Request a state hearing if the Agency denied his request to modify or terminate the support order.

5

## UNDER COLOR OF LAW

18. The 2 Persons deposes and says that the CSD was *created* under federal IV-D of the Social Security Act. By contrast, Title 42, The Public Health and Welfare, is a non-positive law title. Title 42 is comprised of the Social Security Act that was editorially compiled and organized into the title, but the title itself has not been enacted into positive law. A positive law title of the Code is itself a Federal statute. By contrast, a positive law title of the United States Code constitutes the precise statutory language enacted into law.

19. Pursuant to the Federal IV-D Program Sec. 8 pg. 2 the program requires the *provisions* of child support enforcement services for both welfare and non-welfare families.

20. In accordance with the Federal Acquisition Regulations a *provision* is a written *term* or *condition* used only in solicitations and applying only before *contract* award. Under FAR 52.101 solicitation *provisions* are distinguished from clauses, which are *terms* and *conditions* in *contracts*. Solicitation is the act of *offering*, or attempting to purchase, goods or services.

21. Therefore, IV-D provisions are not Law, they are merely the foresight of the chance of an *event* happening, sufficient to indicate that any present *undertaking* upon which it's assumed realization might exert a natural and proper influence was entered upon in full contemplation of it being a future possibility. Black's Law 4th Rev. Ed. Pg. 1389.

22. Wherefore, Person 1 operates exclusively under a 3 1 U.S.C. §6305 cooperative agreement, and Person 2 operates exclusively under a 45 CFR §302.34 cooperative agreement.

23. Pursuant to the Federal Acquisition Regulations 52.203-12 Limitation on Payments to Influence Certain Federal Transactions. "Covered Federal action" means any of the following actions: (4) Entering into any *cooperative agreement*. (5) Extending, continuing, renewing, amending, or modifying any Federal *contract*, grant, loan, or cooperative agreement.

24. The Federal OCSE provides the CSD with its 42 U.S.C. §658(a) *share* of billions in federal profits. This share is 42 U.S.C. §658(f) deposited into, and thus benefits TX's *treasury*, which pays All its employees', and IV-D contractual agent's salaries and pensions. Therefore, the advantage is profit gained from the IV-D Program which only *benefits* the 2 Persons.

25. The CSD IV-D program is a private for-profit business that publicly offers and sells IV-D- services to customers. Some of the **services provided** include locating a parent; establishing paternity; establishing, *modifying* and enforcing an Article 5 **court order** for child support; and establishing, **modifying** and enforcing an order for health coverage.

26. The 2 Persons are therefore, a service provider, an organization, business or individual which **offers service** to others *in exchange for payment*. www.businessdictionary.com/definition/service-provider.html. This is relevant because their fifth stream of child support profits is money obtained through application *fees*. The 2 Persons must charge an application *fee*, not to exceed $25, for families not on welfare, and required families that have never been on TANF to pay a $25 annual user *fee*.

27. This *fee* is a charge fixed by law for *services* of public officer or for use of a privilege under control of government, a reward, compensation, or wage given to a person for performance of a professional *service*. Black's Law Dictionary Rev. 4th Ed. Pg. 740.

28. Service: performance of labor for benefit of another, or at another's command. Both selects and *compensate* employees. Black's Law Dictionary Rev. 4th Ed. Pg. 1553. Compensation *remuneration* BLD pg. 446, in whatever form it may be given whether it be salary and *fees* or both combined. Black's Law Dictionary Rev. 4th Ed. Pg. 354.

## CONCLUSION

29. The CSD IV-D Program is a *private business*, affecting or belonging to *private individuals*, and *distinct from the public* generally, it is not official, nor is it clothed with office. The Federal Office of Child Support Enforcement within the U.S. Department of Health and Human Services under the Executive Branch oversee the complex federal-state IV-D *enterprise*.

30. Pursuant to 31 U.S.C. §6305, 45 CFR §302.34, the Federal OCSE is in a *partnership,* with the CSD to carry on as co-owners of a *business* for *profit, enterprise, gain,* and *advantage* which *only benefits* the 2 Persons.

31. The U.S. HHS Web-Based *Customer Services* for parents encouraged the CSD to reassess its IV-D website and consider ways in which the internet can improve its agency *customer service.* See https://www.acf.hhs.gov/sites/default/files/ocse/dcl_09_11a.pdf.

32. A *customer* is one who regularly or repeatedly makes *purchases* or has business dealings with a *tradesman* or *business house. Customer service* is the *provision* of service to *customers* before, during and after a *purchase*, the priority assigned to *customer service* relative to *product* and pricing, as an important role in its ability to generate *income and revenue.*

33. The IV-D program requires the CSD to publicize frequently through public service announcements, the availability of child support enforcement services, together with information about the application *fee* and a telephone number or address to obtain additional information.

34. WHEREFORE, the 2 Persons disseminated false advertisements that IV-D is enforced in the best interest of children. However, Title IV-D was not intended to *benefit* children. 42 U.S.C. Sec. §601(d), *Blessing v. Freestone.* Title IV-D was intended to *benefit* the *public treasury. Wehunt v Ledbetter.* Wrongdoers *contractually* agreed to participate in the IV-D *program* and is required to offer and sell IV-D services as a *condition* of receiving federal funding. *Oliphant,* slip op. at 16.

35. Pursuant to 42 U. S. C. § 609(a)(8) (1994 ed., Supp. II), IV-D does not give rise to individual rights, it was not intended to benefit individual children and custodial parents. Title IV-D contains no private remedy either judicial or administrative through which customers can seek redress.

36. Herein Whitehead proves that the CSD, and Williamson County deliberately, and with premeditation did conspire under color of non-positive law in this State, Territory, and District subject and caused him to be subjected within the jurisdiction thereof to the deprivation of his rights, privileges, and immunities

secured by the Constitution and laws and within the meaning of 18 U.S.C §241, and 42 U.S.C. §1983 the above allegations are found true.

37. The IV-D experience is not good or affirmative, and offered no benefits what so ever, and against Whitehead it is negative, unpleasant, depressing, degrading, demoralizing harmful, and dangerous. It created an *undesirable* or *unfair* situation and imposed extremely overwhelming negative effects on his private, personal, and professional life and deprived of him of his life liberty and property without procedural or substantive due process of law.

## REMEDY BY DUE COURSE OF LAW

38. To set right this undesirable and unfair situation, the current CSD IV-D Collections Case # 0013357224 shall be terminated effective immediately, and he shall be no longer required to pay the CSD, and he will be let alone from their intrusion into his private and professional life and Whitehead's inherent and indefeasible rights privileges and immunities shall be restored, and he shall care for his seed in private.

39. WHEREFORE, because the CSD and Williamson County acted fraudulently in this case, this Court should rule in his favor for punitive damages, and Whitehead is entitled to judgement for all counts in the above deprivations against the 42 U.S.C. §654(3) CSD and the 45 CFR §302.34 Williamson County jointly and severally, he is also entitled to a full refund of all monies collected, accompanied with the CSD's 66% federal profits therefrom, as well as penalties and interest.

The undersigned being duly sworn proved that he suffers from injuries, damages intentionally inflicted upon him deliberately and with premeditation by the Child Support Division and Williamson County who committed the acts herein facts stated herein are true.

Subscribed and Sworn to on this 15th day of March, 2018, by

Demond of the Family Whitehead   Demond Whitehead

901 Hidden Valley Drive #14101
Round Rock TX 78665

9

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of (title of document) Complaint was served by (method of delivery) Hand Deliver on (date) 19 March 18 to:

Name: 42 U.S.C. §654(3) Child Support Division
Fax/E-Mail:
Address: 300 W 15th St.
Austin TX 78701

Name: Williamson County
Fax/E-Mail:
Address: 405 M.L.K, Suite 229
Georgetown TX 78626

Name:
Fax/E-Mail:
Address:

Name:
Fax/E-Mail:
Address:

Name:
Fax/E-Mail:
Address:

Signed Name: [signature]

Printed Name: Demond Whitehead